```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
PRENTICE COX,                                              :
                                                           :
                          Plaintiff,                       :
                                                           :      23-CV-3524 (VSB)
              -against-                                    :
                                                           :             ORDER
JEFLO & CO. LTD. d/b/a ROYALE and                          :
DSA PROPERTY GROUP LLC,                                    :
                                                           :
                          Defendant.                       :
                                                           :
------------------------------------------------------------ X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

  Plaintiff filed this action on April 27, 2023, (Doc. 1), and filed affidavits of service on May 17, 2023, (Docs. 5, 6).  The deadline for Defendants to respond to Plaintiff's complaint was June 1, 2023.  (*See* Docs. 5, 6.)  To date, Defendants have not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than June 27, 2023.  If Plaintiff fail to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:  June 12, 2023
     New York, New York

                           _____
                           VERNON S. BRODERICK
                           United States District Judge